461 A.2d 884

Commonwealth v. Daughtry, Appellant.
Petition for Allowance of Appeal Denied Nov. 4, 1983.

Submitted February 1, 1983. John P. Cotter, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.